IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MELISSA BOHANNAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-272-WKW |
| | ) | [WO] |
| INNOVAK INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that the trial of this cause, presently set on March 26, 2018, is CONTINUED to the term of court commencing on **August 20, 2018**, in Dothan, Alabama, and that the pretrial hearing set for February 1, 2018, is CONTINUED to **June 28, 2018**, in Courtroom 2B of the Frank M. Johnson, Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama. It is further ORDERED that the deadlines in the Uniform Scheduling Order (Doc. # 24) for filing witness lists, deposition designations, and exhibit lists (*see* Uniform Scheduling Order §§ 9, 10 & 11) are EXTENDED to **July 9, 2018**. The rest of the Uniform Scheduling Order, including the other requirements of §§ 9, 10, and 11, remains unaffected.

DONE this 24th day of January, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE