IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| MELISSA BOHANNAN, *et al.*, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiffs, | ) |  |
|  | ) |  |
| v. | ) | CASE NO. 1:16-CV-272-WKW |
|  | ) | [WO] |
| INNOVAK INTERNATIONAL, INC., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

# **ORDER**

In light of the Suggestion of Bankruptcy (Doc. # 86) and resulting stay (Doc. # 87), it is ORDERED that all pending motions (Docs. # 48, 62, and 75) are DENIED without prejudice with leave for the parties to renew, if necessary, after the stay is lifted.

DONE this 23rd day of February, 2018.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE