IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELISSA BOHANNAN, CHERISA HALL, MARY ELLEN PROPHET, JENNIFER MATHENY, TIFFANY McCOY, ASHLEY McGHEE, SHERRIE SALEM, SUMMER LISENBY, JOLIE HARPER, and CRYSTAL SHELLEY, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   CASE NO. 1:16-CV-272-WKW ) |
| INNOVAK INTERNATIONAL, INC., | ) ) ) |
| Defendant. | ) |

## **ORDER**

It is ORDERED that the stay entered on February 22, 2018 (Doc. # 87) is LIFTED.  It is further ORDERED that, upon consideration of the parties' Joint Stipulation of Dismissal (Doc. # 93), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to by the parties.  The Clerk of the Court is DIRECTED to close this case.

DONE this 28th day of February, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE